# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2015-1497

IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION

------------------------------------------------------------------------------------------

*DIRECT PURCHASER CLASS, INDIRECT PURCHASER CLASS, INDIRECT PURCHASERS, DIRECT ACTION PLAINTIFF(S), LEGGETT & PLATT, INC.,*

*Plaintiffs - Appellees*

v.

*DEFENDANTS LIAISON COUNSEL, THE DOW CHEMICAL COMPANY,*

*Defendants - Appellees*

v.

MICHAEL NARKIN,

*Movant - Appellant*

Appeal from the United States District Court for the Northern District of Ohio in case no. 1:10-md-02196-JZ, Judge Jack Zouhary.

## MANDATE

In accordance with the judgment of this Court, entered May 01, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

ISSUED: June 8, 2015

                                                        FOR THE COURT

                                                        /s/ Daniel E. O'Toole
                                                        Daniel E. O'Toole
                                                        Clerk of Court